USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent,

1199 SEIU United Healthcare Workers East,

                Intervenor.

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Whereas, on January 6, 2022, the Second Circuit Court of Appeals appointed the undersigned as Special Master (*see* Certified Order, 20-1129, ECF No. 62-1), it is hereby Ordered that the Clerk of Court is respectfully directed to open this matter as a miscellaneous case. The filing fee is hereby waived.

**SO ORDERED.**

Dated:    New York, New York
            January 6, 2022

                                    */s/ Stewart D. Aaron*
                                  STEWART D. AARON
                                  United States Magistrate Judge