USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent,

1199 SEIU United Healthcare Workers East,

                Intervenor.

1:22-mc-00003 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than January 14, 2022, the parties shall file a joint letter regarding the status of this action and proposed next steps, including the discovery sought by any party and a proposed schedule. In addition, the parties are directed to appear for a telephone conference on Tuesday, January 18, 2022, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    Counsel for Petitioner is directed to email a copy of this Order to opposing counsel. Counsel for Respondent and Intervenor should file notices of appearance no later than January 14, 2022.

**SO ORDERED.**

DATED:    New York, New York
                January 7, 2022

_____
STEWART D. AARON
United States Magistrate Judge