```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent.

1:22-mc-00003 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, the Court hereby sets the following deadlines:

1. Initial disclosures shall be exchanged no later than January 27, 2022.

2. The deadline for the completion of discovery is May 18, 2022.

3. Any dispositive motions shall be filed by July 5, 2022.

**SO ORDERED.**

DATED:    New York, New York
              January 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge