USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                      Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                      Respondent.

1:22-mc-00003 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. Any dispositive motions shall be filed no later than October 20, 2022.

2. Opposition briefs shall be filed no later than November 21, 2022.

3. Any replies shall be filed no later than December 5, 2022.

4. The above schedule shall be modified only for good cause shown.

SO ORDERED.

DATED:    New York, New York
            August 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge