```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                       Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                       Respondent.

1:22-mc-00003 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       Before the Court is Respondent's Letter Motion to seal personal information contained in ECF No. 5. (Letter Motion, ECF Nos. 27 & 28.) However, ECF No. 5 contains 67 pages, the majority of which Respondent does not seek to seal. Respondent has neither identified the specific information it requests be sealed nor provided the Court with a proposed redacted version. Upon review, the Court has determined that ECF No. 5 contains at least one Social Security number which should be sealed. Accordingly, the Court provisionally will place ECF No. 5 under seal.

       No later than Thursday, October 27, 2022, Respondent shall file a revised motion to seal in accordance with this Order and the Court's Individual Practices. The Clerk of Court is respectfully requested to terminate the Letter Motions filed at ECF Nos. 27 and 28.

**SO ORDERED.**

DATED:     New York, New York
               October 24, 2022

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge