**JASINSKI**, P.C. | PROFESSIONAL CORPORATION | COUNSELORS-AT-LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022

www.jplawfirm.com

October 26, 2022

<u>**Via CM/ECF**</u>
Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: October 27, 2022

*[signature]*

**Re:   *National Labor Relations Board v. Atlanticare Management LLC*
         Civil Docket No.: 22-mc-00003-SDA**

Dear Judge Aaron:

We represent Respondent Atlanticare Management LLC D/B/A Putman Ridge Nursing Home in the above referenced matter. In lieu of a more formal motion, pursuant to Local Rule 7.1(d) and the Court's October 24, 2022 Order (ECF No. 30), Respondent submits this revised letter motion to seal. Counsel for Petitioner, the National Labor Relations Board, consents to the motion. Thank you for provisionally placing ECF No. 5 under seal.

On January 6, 2022, ECF No. 5 was uploaded to ECF in this case. On October 19, 2022, Helene D. Lerner, Deputy Assistant General Counsel, National Labor Relations Board, Contempt, Compliance, and Special Litigation Branch bought to my attention that its office discovered that document ECF No. 5 contained personal

---

2 Hance Avenue, 3rd floor
Tinton Falls, NJ 07724
ph 973-824-9700 | fax 732-842-1805

308 South New York Road, Suite B
Galloway, NJ 08205
ph 609-677-9800 | fax 609-677-9811

670 White Plains Road, Suite 326
Scarsdale, NY 10583

**Please respond to: Tinton Falls**

Honorable Stewart D. Aaron, U.S.M.J.
October 26, 2022
Page 2

information. Specifically, District Court ECF No. 5, p. 19, contained a social security number.

Pursuant to Federal Rule of Civil Procedure 5.2(a) and the Electronic Case Filing and Procedures, the unredacted version ECF No. 5 should have been filed under seal, along with a version of ECF No. 5 containing a redacted page 19.

Respondent is requesting that ECF No. 5, page 19 be considered filed under seal and the document be sealed. We are also requesting that the ECF No. 5 containing a redacted page 19 be used, which is being contemporaneously filed herewith.

Respectfully submitted,

JASINSKI, P.C.

/s David F. Jasinski

DAVID F. JASINSKI

cc:   All parties of record (<u>via</u> CM/ECF)

---

JASINSKI