```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent.

1:22-mc-00003 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, December 14, 2022, at 2:30 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               December 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge