UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022

1:22-mc-00003 (SDA)

ORDER RESCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       The telephone conference currently scheduled for Friday, December 16, 2022, at 2:30 p.m. (*see* Mem. End., ECF No. 48) is adjourned until Monday, December 19, 2022 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
               December 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge