UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

v.

ATLANTICARE MANAGEMENT LLC d/b/a
PUTNAM RIDGE NURSING HOME,

    Respondent.

No. 1:22-mc-00003-SDA
[No. 20-1129 (2d Cir.)]

---

### AFFIDAVIT OF GRACE PEZZELLA
### IN SUPPORT OF ATTORNEY FEES

I, Grace Pezzella, under penalty of perjury, state as follows:

1. I graduated Georgetown University Law Center in May 2021. I was then admitted to the Massachusetts bar on December 15, 2021.

2. I have been employed as an Honors Attorney at the National Labor Relations Board ("NLRB") since September 2021. During a 6-month rotation in Contempt, Compliance, and Special Litigation Branch ("CCSLB"), I worked on several contempt litigation matters, as well as administrative and constitutional special litigation projects. My next 6-month rotation was at the NLRB's Appellate and Supreme Court Litigation Branch, where I appeared in the Second, Ninth, and Eleventh Circuits.

3. During my rotation with CCSLB, I was part of the litigation team working on the above-captioned case.

4. My time spent working on the above-captioned Contempt matter is reflected in Attachment A to this Affidavit. This does not include all the time I spent prosecuting the Contempt Petition, as I have excluded time that reasonably would be considered excessive,

1

**EXHIBIT 4**

redundant, or otherwise unnecessary. Instead, I have provided a conservative figure of time spent performing the tasks reflected in Attachment A.

EXECUTED at Washington, D.C., this 15 day of August, 2023.

GRACE PEZZELLA
Honors Attorney
National Labor Relations Board
1015 Half St. SE, 4th Floor
Washington, DC 20003
Tel: (202) 273-0247; Fax: (202) 273-4244
Grace.Pezzella@nlrb.gov

EXHIBIT 4

## ATTACHMENT A
### Billing Summary for Grace Pezzella

| Date | Hours | Rate of Pay (per hour) | Task |
|---|---|---|---|
| 9/27/21 | 2.50 | $200 | Draft contempt petition. |
| 9/28/21 | 5.25 | $200 | Draft contempt petition. |
| 9/29/21 | 2.75 | $200 | Draft contempt petition. |
| 10/4/21 | 4.50 | $200 | Revise contempt petition in response to edits from supervising attorney. |
| 10/5/21 | 0.75 | $200 | Continue to revise contempt petition. |
| 10/6/21 | 1.25 | $200 | Continue to revise contempt petition. |
| 10/7/21 | 0.50 | $200 | Meet with litigation team to discuss finalization of contempt petition. |
| 10/21/21 | 0.75 | $200 | Continue to revise contempt petition. |
| 11/9/21 | 2.00 | $200 | Review and analyze Atlanticare's response to contempt petition. |
| 2/28/22 | .75 | $457 | Prepare potential discovery motion. |
| 3/2/22 | .50 | $457 | Attend meet and confer with counsel for Atlanticare. |
| **TOTAL** | **21.50 hours** | **$4,621.25** | |

1

**EXHIBIT 4**