USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Labor Relations Board,

                Petitioner,

-against-

Atlanticare Management LLC d/b/a Putnam Ridge Nursing Home,

                Respondent.

1:22-mc-00003 (SDA) [No. 20-1129 (2d Cir.)]

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Clerk of Court is respectfully directed to close this case. SO ORDERED.

Dated:    New York, New York
            January 24, 2024

_____
STEWART D. AARON